**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01008-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

YIL JO YOUNG,
IBRAHAM OSMAN,
MANUEL AGUIRRE,
JULIO PENA,
JAIME MORALES,
MARCO GUERRERO,
JESUS LOPEZ MATA,
AGAPITO JARAMILLO,
GUSTAVO RUBIO,
WILLIAM SANTOS,
MARIO GARCIA,
IVAN PEREZ,
ARLON SANTANDER,
MARTIN ROSAS,
YURI TZUL,
JOSE ALCANTARA,
LUIS QUINTANILLA,
ERICK BOCH,
BERNARDO FERNANDEZ,
GIOVANNI ARROYO,
SANTOS DIAZ,
XING LIN WANG,
OMAR TURCIOS,
ROGER TALANCON,
CRESAENCIO BARRAZA,
THO LE, and
BERTRAM C. JOHNSON,

     Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

     Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**
,

On April 8, 2014, Plaintiffs submitted a civil rights action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiffs will be directed to cure the following if they wish to pursue any claims in this Court in this action. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

The Court acknowledges the order in *Jo v. Six Unknown Names Agents, et al.*, No. 14-cv-00700-BNB (D. Colo. Filed Mar. 6, 2014), directing Plaintiff Young Yil Jo to show cause why he should not be subject to filing restrictions and monetary sanctions in this Court. Because the order to show cause was entered after this case was filed, the Court will refrain from addressing filing restrictions and monetary sanctions.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_  is not submitted (Each plaintiff must submit their **own** § 1915 Motion and Affidavit)
(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing for each Plaintiff
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_  other: Plaintiffs may elect to pay the $450 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) _X_  is not on proper form
(13) _X_  is missing original signatures by prisoners
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption

(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 23, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge