IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01008-LTB

YIL JO YOUNG,
IBRAHAM OSMAN,
MANUEL AGUIRRE,
JULIO PENA,
JAMIE MORALES,
MARCO GUERRERO,
JESUS LOPEZ MATA,
SALVADOR ALEJO,
AGAPITO JARAMILLO,
GUSTAVO RUBIO,
WILLIAM SANTOS,
MARIO GARCIA,
IVAN PEREZ,
ARLON SANTANDER,
MARTIN A. ROSAS,
YURI TZUL,
JOSE ALCANTAVA,
LUIS QUIMTANILLA,
ERICK BOCH,
BERTHARDO FERNANDEZ,
GIOVANNI ARROYO,
SANTOS DIAZ
XING LIN WANG,
OMAR TURCIOS,
ROGER TALANCON,
CRESCENCIO BARRAZA,
THO LE, and
BERTRAM C. JOHNSON,

    Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK
OBAMA,

    Defendants.

JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 2, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 2nd day of June, 2014.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/K Lyons
                                       Deputy Clerk